```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

UNITED STATES OF AMERICA         :

vs.                              :    CRIMINAL ACTION 08-00108-CG

DENNIS RAYMOND SHEFFIELD         :

<u>ORDER</u>

By Order dated May 7, 2008, Judge Cassady granted the Defendant's oral motion for a continuance and continued this action to the July 2008 criminal term, commencing with jury selection at **8:45 a.m. on June 30, 2008** (Doc. 14).  Therefore, a final pretrial conference is hereby **SET** for **June 10, 2008, at 4:00 p.m. in the chambers of the undersigned Judge.**

DONE this 12th day of May, 2008.

<pre>
                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE
</pre>